IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 19 PM 2: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                         NO. 05-20058-Ma

DALE ELMORE,

    Defendant.

## ORDER RESETTING SENTENCING DATE

Before the court is the defendant's May 18, 2005, motion to continue the sentencing which is presently set for May 23, 2005. For good cause shown, the motion is granted. The sentencing of defendant Dale Elmore is **reset to Friday, June 10, 2005 at 9:00 a.m.**

IT IS SO ORDERED this 19th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20058 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT