IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 15 PM 4:18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                     NO. 05-20058-Ma

DALE E. ELMORE,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the government's June 15, 2005, unopposed motion to reset the sentencing of Dale E. Elmore, which is presently set for June 17, 2005. For good cause shown, the motion is granted. The sentencing of defendant Dale E. Elmore is **reset to Thursday, July 7, 2005, at 2:00 p.m.**

It is so ORDERED this 15th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20058 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT